UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )   Case No. 1:06-cr-00019
                                  )
v.                                )   Honorable Robert Holmes Bell
                                  )
DANIEL ROQUE-ALVARADO,            )
                                  )
        Defendant.                )
_____)

**REPORT AND RECOMMENDATION**

       Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on March 22, 2006, after receiving the written consent of defendant and all counsel. At the hearing, defendant Daniel Roque-Alvarado entered a plea of guilty to Counts One, Two and Four of the Indictment in exchange for the undertakings made by the government in the written plea agreement. Count One charges defendant with being a felon in possession of two firearms, in violation of 18 U.S.C. §§ 922(g)(1), 921(a) and 924(a)(2). Count Two charges defendant with being an illegal alien in possession of two firearms, in violation of 18 U.S.C. §§ 922(g)(5), 921(a) and 924(a)(2). Count Four charges defendant with possession with intent to distribute a quantity of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises,

apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Counts One, Two and Four of the Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge. The clerk is directed to procure a transcript of the plea hearing for review by the District Judge.

Date: March 22, 2006                         /s/ Ellen S. Carmody
                                             ELLEN S. CARMODY
                                             United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).